IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCELORMITTAL PLATE, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOULE TECHNICAL | : | |
| SERVICES, INC., et al., | : | No. 11-6873 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **December, 2012**, upon consideration of Defendant Liberty Surplus Insurance Corporation's Motion for Summary Judgment, Plaintiff's response thereto; and Defendant Genatt Associates' Motion for Summary Judgment, Plaintiff's response thereto; and Plaintiff's Motion for Summary Judgment, Defendants Liberty Surplus Insurance Corporation and Joule Technical Services, Inc.'s responses thereto, and Plaintiff's replies thereon; and Defendant Joule Technical Services, Inc.'s Motion for Summary Judgment, and Plaintiff's response thereto; and for the reasons provided in this Court's Memorandum dated December 20, 2012, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Document No. 58) is **DENIED**.

2. Defendant Liberty Insurance Corporation's Motion for Summary Judgment (Document No. 55) is **GRANTED**.

3. Defendant Genatt Associates' Motion for Summary Judgment (Document No. 57) is **GRANTED**.

4. Defendant Joule Technical Services, Inc.'s Motion for Summary Judgment (Document No. 59) is **GRANTED**.

5. Judgment is entered in favor of all Defendants and against Plaintiff.

6. The Clerk of the Court is directed to close this case.

                                                         **BY THE COURT:**

                                                         **Berle M. Schiller, J.**